IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRADEN SCOTT NOAH ROGERS,<br><br>    Defendant. | No. 23-CR-04020<br><br>**INFORMATION**<br><br>**COUNT 1**<br>18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2): Possession of Child Pornography |

The United States Attorney charges:

### Introduction

At all times relevant to this charging document, defendant Braden Scott Noah Rogers was a resident of Woodbury County, Iowa.

### Possession of Child Pornography

Between on or about May 1, 2020, and August 24, 2022, in the Northern District of Iowa and elsewhere, the defendant, BRADEN SCOTT NOAH ROGERS, knowingly possessed and attempted to possess child pornography, including a depiction involving a prepubescent minor or a minor who had not attained 12 years of age, said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By: /s/ Kraig R. Hamit

KRAIG R. HAMIT
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA  51101-1262
712-255-6011
712-252-2034 (Fax)
Kraig.Hamit@usdoj.gov